E-Filed: **2/12/2009**
**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mali Chagby,** ) | **CASE NO. CV 08-4425-GHK (PJWx)** |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| **Target Corporation, et al.,** ) | |
| **Defendants.** ) | |

Pursuant to our February 11, 2009 Order dismissing Plaintiff's Racketeer Influence and Corrupt Organizations Act ("RICO") claims with prejudice, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on her RICO claims. Plaintiff shall take nothing by her complaint on the RICO claims.

Further pursuant to our February 11, 2009 Order, Plaintiff's state law and declaratory judgment claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: February  11 , 2009

_____
GEORGE H. KING
United States District Judge